**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: NUTTERY FARM, INC., <br><br> Debtor. <br>_____/ <br> HENDRIK SMEDING, LETTIE SMEDING, <br><br> Appellants, <br><br> v. <br><br> AHCOM, LTD., JEFFRY G. LOCKE, Trustee in Bankruptcy, <br><br> Appellees. <br>_____/ | No. C 10-03146 WHA <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order dismissing this appeal for lack of standing, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of appellees and against appellants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE